IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DEBRAYSHIA DOUGLAS**                                            **PLAINTIFF**

v.                                           No. 3:23-cv-00328-MPM-RP

**AT&T SERVICES, INC.**                                         **DEFENDANT**

## ORDER

On September 5, 2023, Magistrate Judge Roy Percy entered a Report and Recommendation [4] ("R&R") recommending the denial of the plaintiff's motion to proceed *in forma pauperis* [2] and dismissal of the case with prejudice. On September 26, 2023, Ms. Douglas responded with a document titled "Acceptance" [5] which stated: "I conditionally accept the offer upon condition that all parties understand I will be seeking remedy via bill in equity in the near future." After reviewing the record, the Court finds that Magistrate Judge Percy's R&R should be approved and adopted as the opinion of the court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge [4] dated September 5, 2023 is **APPROVED** and **ADOPTED** and that the proposed findings of fact and conclusions of law are hereby adopted as the findings of fact and conclusions of law of the court;

2. That the plaintiff's motion to proceed *in forma pauperis* [2] is **DENIED**; and

3. That the case is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2).

Accordingly, a separate order shall be issued pursuant to Fed. R. Civ. P. 58.

**SO ORDERED** this 18th day of October, 2023.

                                                            **UNITED STATES DISTRICT JUDGE**
                                                            **NORTHERN DISTRICT OF MISSISSIPPI**